1  Michael G. Marderosian (SBN 77296)
   *mick@mcc-legal.com*
2  Heather S. Cohen (SBN 263093)
   *heather@mcc-legal.com*
3  MARDEROSIAN & COHEN
   1200 Truxtun Avenue, Suite 130
4  Bakersfield, CA 93301
   Telephone: (559) 441-7991
5  Facsimile: (559) 441-8170

6  Attorneys for: Plaintiffs TWELVE SIXTY LLC, ROBERT J.
   MARDEROSIAN and ARON M. MARDEROSIAN

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DISTRICT

10

11 TWELVE SIXTY LLC,                )  Case No.
   ROBERT J. MARDEROSIAN,           )
   ARON M. MARDEROSIAN,             )  **COMPLAINT FOR**
12                                  )  **COPYRIGHT INFRINGEMENT**
                Plaintiffs,         )
13                                  )
            v.                      )
14                                  )  *DEMAND FOR JURY TRIAL*
   COMCAST CORPORATION;             )
15 NBC UNIVERSAL MEDIA LLC;         )
   PEACOCK; USA NETWORK,            )
16 ALEXA KNIERIM, BRANDON           )
   FRAZIER, U.S. FIGURE             )
17 SKATING, and DOES 1-10,          )
   inclusive,                       )
18                                  )
                Defendants.         )
19 _____  )

20       Plaintiffs TWELVE SIXTY LLC, ROBERT J. MARDEROSIAN and ARON M.

21 MARDEROSIAN (collectively "Plaintiffs") allege as follows:

22                  **PRELIMINARY STATEMENT**

23       1.     Plaintiffs bring this action seeking to put an immediate stop to, and to

24 obtain  redress for, Defendants' blatant and purposeful infringement of Plaintiff's

25 copyright of the musical master recording entitled "House of the Rising Sun." ("Master

26 Recording" and/or "track").

27 ///

28

MARDEROSIAN & COHEN

2.     By way of brief background, Plaintiffs ROBERT J. MARDEROSIAN and ARON M. MARDEROSIAN are two brothers who have worked together for almost 30 years to develop their business, Plaintiff TWELVE SIXTY LLC, which provides custom recordings and productions of original musical compositions for use in television, motion pictures, film trailers, film soundtracks, product commercials and video games. Plaintiffs ROBERT J. MARDEROSIAN and ARON M. MARDEROSIAN are musical artists and performers, professionally known as "Heavy Young Heathens." As the Heavy Young Heathens, the Plaintiffs have written and recorded music for many premiere entertainment clients including major movie studios, networks and advertisers around the world.

3.     Among many other commercial uses of Plaintiffs' musical recordings, Plaintiffs have had their work featured in television and theatrical motion pictures as The Simpsons, CSI, Lucifer, Big Sky, The Righteous Gemstones, Shameless, Rules Don't Apply, Masterminds, Halloween and Supermensch, as well as prominent trailers for the motion pictures The Magnificent Seven, Deadpool, The Amazing Spider-Man 2, and The Expendables.

4.     Plaintiffs' music has additionally been used in numerous commercials for Starbucks, Chrysler, Dodge, Ford, Bacardi, Adidas and Red Bull.

5.     Plaintiffs arranged and produced the Master Recording of the musical composition "House of the Rising Sun", which is a traditional song. The arrangement and production is the subject of a copyright registration by Plaintiff ARON M. MARDEROSIAN and Plaintiff ROBERT J. MARDEROSIAN. See Exhibit A attached hereto.

6.     Recognizing Plaintiffs' popularity, talent and goodwill, and in a brazen and improper effort to capitalize on Plaintiffs' hard work and copyright ownership of their master recording of "House of the Rising Sun", Defendants have used, created

and publicized (or caused to be used, created and publicized) broadcasts of a 2022 Beijing Olympic pair figure skating performance which features the Plaintiffs' musical composition "House of the Rising Sun" without authorization from Plaintiffs.

7.      Defendants' conduct is causing, and unless immediately enjoined will continue to cause, enormous and irreparable harm to Plaintiffs.  Defendants may not continue to exploit Plaintiffs' musical composition in order to broadcast and promote their products to the public without Plaintiffs' authorization. Defendants' conduct must immediately be stopped and/or enjoined and Plaintiffs must be compensated for each of Defendants' willful acts of infringement.

## JURISDICTION AND VENUE

8.      This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

9       This Court has subject matter jurisdiction over this copyright infringement action pursuant to 28 U.S.C. §§ 1338 and 1367.

10.      This Court has personal jurisdiction over Defendants because, among other things:

a.      Defendants are doing business in the State of California and in this judicial district, by providing television/cable broadcasts and internet access to their broadcasts and programs through streaming services provided to California residents who pay for subscription streaming services, thereby allowing California residents the ability to access at any time, the Defendants' programing and broadcasts;

b.      The broadcasts and streaming occurred in this jurisdiction;

c.      Defendant U.S. FIGURE SKATING does business in this district by staging and hosting figure skating events in California, including cities within this district;

///

MARDEROSIAN & COHEN

3

d.      Defendants ALEXA KNIERIM and BRANDON FRAZIER reside in Irvine, Orange County, California.

11.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c), and/or § 1400(a).

## THE PARTIES

12.     Plaintiff TWELVE SIXTY LLC ("hereinafter referred to as "TWELVE SIXTY") is, and at all times relevant hereto was, a California Limited Liability company doing business in the County of Los Angeles County, State of California.

13.     Plaintiff ARON M. MARDEROSIAN is an individual who resides and works in the County of Los Angeles in the State of California.

14.     Plaintiff ROBERT J. MARDEROSIAN is an individual who resides and works in the County of Los Angeles in the State of California.

15.     Defendant COMCAST CORPORATION ("COMCAST") is an American multinational telecommunications conglomerate headquartered in Philadelphia, Pennsylvania with its corporate address at 1701 JFK Boulevard, Philadelphia, PA. It is the second-largest broadcasting and cable television company in the world by revenue, the largest pay-TV company, the largest cable TV company and largest home Internet service provider in the United States, and the nation's third-largest home telephone service provider.

15.     Defendant NBC UNIVERSAL MEDIA LLC ("NBC") is an American multinational mass media and entertainment conglomerate corporation owned by Comcast and headquartered at 30 Rockefeller Plaza in Midtown Manhattan, New York, with an additional major office near Los Angeles at 10 Universal City Plaza, Universal City, California.

///

///

MARDEROSIAN & COHEN

4

16.     Defendant USA NETWORK ("USA") is an American basic cable channel owned by Defendant NBC and is a streaming division of Defendant COMCAST's NBC through NBC Universal Cable Entertainment.

17.     Defendant PEACOCK is an American over-the-top video streaming service owned and operated by the television and streaming division of Defendant NBC, a subsidiary of Defendant COMCAST.

18.     Defendant BRANDON FRAZIER is an American Olympic pair figure skater and is the partner of Defendant ALEXA KNIERIM.  He is a member of Team USA and on information and belief resides in Irvine, California.

19.     Defendant ALEXA KNIERIM is an American Olympic pair figure skater pair and is the partner of Defendant BRANDON FRAZIER .  She is a member of Team USA and on information and belief resides in Irvine, California.

20.     Defendant U.S. FIGURE SKATING ("USFS") is the national governing body for the sport of figure skating in the United States.  USFS is the governing body for Team USA of which Defendants FRAZIER and KNIERIM are members.  USFS promotes interest and participation in the sport by assisting member clubs, skaters, and athletes, appointing officials, organizing competitions, exhibitions, and other figure skating pursuits, and offering a wide variety of programs.  USFS further hosts live events in California in cities such as Anaheim, San Jose and Vacaville.  USFS's headquarters is 20 First Street, Colorado Springs, Colorado.

21.     The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants sued herein as Does 1-10, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names ("Doe Defendant"). Plaintiffs will seek leave of Court to amend this Complaint to state their true names and capacities when they have been ascertained. Plaintiffs are informed and believe and on ///

MARDEROSIAN & COHEN

that basis allege that the Doe Defendants are liable to Plaintiffs as a result of their participation in all or some of the acts hereinafter set forth.

22.     On information and belief, the Defendants and each of them, were the agents, partners, employees, affiliates and/or engaged in a joint venture with each of the remaining Defendants, and were at all times acting within the purpose of said agency and employment, and each Defendant has ratified and approved the acts of its agents.

## GENERAL ALLEGATIONS

23.     Plaintiffs are the creators and owners of the master sound recording "House of the Rising Sun." Plaintiffs own the rights and title to the copyright in the sound recording "House of the Rising Sun" (the "Infringed Composition") as creators and owners.

24.     Plaintiffs filed an application for copyright registration with the United States Copyright Office for the musical composition "House of the Rising Sun" and the song was registered on May 31, 2016, under SR 785-194. A true and correct copy of the registration is attached hereto as Exhibit A.

24.     At all times herein, Defendant FRAZIER and KNIERIM chose to use the track for their 2022 Winter Olympic "Short Program" without the authorization or permission of the Plaintiffs.

26.     At all times herein, Defendants COMCAST, NBC and PEACOCK were and are a source of media distribution which constitutes control over the infringement which is the subject of this Complaint.

27.     In or around February 2022, it came to Plaintiffs' attention that the Defendants infringed upon Plaintiffs' copyright and used the Infringed Composition without Plaintiffs' authorization or license for use in Defendants FRAZIER and KNIERIM's 2022 Beijing Olympic pair figure skating program and did promote and

MARDEROSIAN & COHEN

broadcast the program on television channels throughout the United States.  The track features an originally composed introduction and unique arrangement that has allowed it to be a very sought after recording.  It has been featured in film and television, including the theatrical trailer for the Magnificent Seven and Ford auto commercials. The track represents a very valuable licensing asset for Plaintiffs and is a signature song of theirs throughout the world.  In February 2022, it came to Plaintiffs' attention through electronic tracking via Tunesat, Team USA social media posts, and NBC, USA and PEACOCK broadcasts that U.S.A. Olympic pair figure skaters Defendants KNIERIM an FRAZIER were and are using Plaintiff's master recording for their 2022 Beijing Olympic "Short Program" routine without authorization or license in direct violation of the United States Copyright Act § 106(6).  See Exhibit B attached hereto.

28.     Plaintiffs have confirmed multiple domestic uses of the track during the 2022 Winter Olympics performances on NBC, USA and PEACOCK as current as February 4, 2020.  See Exhibit B attached hereto.

29.     Prior to any of these broadcasts, Plaintiffs were never contacted by either Defendants KNIERIM or FRAZIER, or their coaches or choreographer, or USFS or Team USA, or the broadcasting networks and streaming services about licensing Plaintiffs' copyrighted track for any performances or broadcasts.  In addition to the initial broadcast of the Olympic performance by Defendant NBC, Defendant USA rebroadcast the Olympic performance, and NBC owned streamer PEACOCK now features the performance through rebroadcasts which can be accessed repeatedly throughout the world at any time to customers who pay to subscribe.  Defendant NBC, and various other news outlets chose to post video footage of the KNIERIM/FRAZIER Olympic short program performance on social media platforms and their own websites, all of which feature Plaintiffs' master track.  All of these infringements occurred without ANY license or permission by Plaintiffs.

30.     Further, while all other Olympic short program routines provided an on-screen chyron of the song title and artist(s) who perform the song, Plaintiffs were deprived of such when the on-screen information for the KNIERIM/FRAZIER performance simply stated "House Of The Rising Sun" with no mention of Plaintiffs whatsoever.

31.     These violations cause great harm to the value of Plaintiffs' command for such a well known piece of their recording catalog, and insults the integrity of their professional reputation.  While KNIERIM/FRAZIER, USFS, NBC, USA, PEACOCK are all profiting from the revenue the 2022 Winter Olympics generate, Plaintiffs have been and continue to be deprived of what their creation "House of the Rising Sun" earns them per license.

32.     Defendants did not have any license, authorization, permission or consent to use the Infringed Composition.

**COUNT 1**

**COPYRIGHT INFRINGEMENT**

**(17 U.S.C. §§ 106, 501, 504)**

33.     Plaintiffs incorporate herein by this reference each and every allegation contained in paragraphs 1 through 32, inclusive as though fully set forth herein.

34.     Defendants conspired with one another and/or with their agents, subsidiaries and affiliates to wrongfully exploit Plaintiffs' Master sound recording "House of the Rising Sun" without having to fairly or properly compensate Plaintiffs for the exploitation.

35.     Defendants authorized, understood, and enabled one another to exploit Plaintiffs' track without paying Plaintiffs any money for this exploitation.

36.     On information and belief, Defendants have benefitted from the illegal exploitation of Plaintiffs' song which was not authorized or permitted.

MARDEROSIAN & COHEN

37.     Defendants have not paid Plaintiffs any money whatsoever for these exploitations of their song and Plaintiffs have been significantly damaged as a result of this scheme between Defendants and their co-conspirators.

38.     Through their conduct alleged herein, Defendants have infringed Plaintiffs' copyright of the Infringed Composition in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

39.     As a direct and proximate result of the infringement by Defendants, and each of them, Plaintiffs are entitled to damages in an amount to be proven at trial.

40.     As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Plaintiffs are informed and believe and, on that basis, allege that unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiffs' rights in the Infringed Composition. Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendant's continuing infringement conduct.

41.     Plaintiffs are also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of and a constructive trust with respect to such profits.

42.     Alternatively, Plaintiffs are entitled to maximum statutory damages pursuant to 17 U.S.C. § 504(c) for each acts of copyright infringement.

43.     Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505 and otherwise accordingly to law.

44.     The conduct of Defendants as described herein is willful, wanton, malicious, fraudulent, and oppressive such that Plaintiffs are entitled to punitive damages.

///

MARDEROSIAN & COHEN

**PRAYER**

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, jointly and severally, as follows:

1.     For damages in such amount as may be found, or as otherwise permitted by law;

2.     For an accounting of, and the imposition of constructive trust with respect to, Defendant's profits attributable to their infringements of Plaintiffs' copyright of the Infringed Composition;

3.     For a preliminary and permanent injunction prohibiting Defendants, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from continuing to infringe Plaintiffs' copyright in the Infringed Composition;

4.     For actual copyright infringement damages and Defendant's profits or statutory damages in an amount to be determined at trial;

5.     For interest on the above-requested damages and profits at the maximum legal rate as provided by law;

6.     For prejudgment interest according to law;

7.     For Plaintiffs' attorneys' fees, costs, and disbursements in this action;

8.     For punitive damages; and

9.     For such other and further relief as the Court may deem just and proper.

///

///

///

///

///

///

MARDEROSIAN & COHEN

1

**DEMAND FOR JURY TRIAL**

2

Plaintiffs demand a trial by jury.

3

Dated:  February 16, 2022                    MARDEROSIAN & COHEN

4

5

6

7

By:_____

8

Michael G. Marderosian
Attorney for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## SR 910-635

**Effective Date of Registration:**
October 05, 2021
**Registration Decision Date:**
October 28, 2021

---

## Title
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Title of Work:**   HYH Rising Sun Intro

## Completion/Publication
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Year of Completion:**   2013
**Date of 1st Publication:**   December 05, 2013
**Nation of 1st Publication:**   United States

## Author
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

- **Author:**   Robert Jacob Marderosian
  **Author Created:**   sound recording, lyrics and music
  **Work made for hire:**   No
  **Citizen of:**   United States
  **Domiciled in:**   United States

- **Author:**   Aron Michael Marderosian
  **Author Created:**   sound recording, lyrics and music
  **Work made for hire:**   No
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Copyright Claimant:**   Robert Jacob Marderosian
P.O. Box 6470, Malibu, CA, 90264, United States

**Copyright Claimant:**   Aron Michael Marderosian
P.O. Box 6470, Malibu, CA, 90264, United States

## Rights and Permissions
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

|  |  |
|---|---|
| **Organization Name:** | Twelvesixty, LLC. |
| **Name:** | Robert Jacob Marderosian |
| **Email:** | heavyyoungheathens@gmail.com |
| **Telephone:** | (310)457-0133 |
| **Address:** | P.O. Box 6470 |
|  | Malibu, CA 90264 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Robert J Marderosian |
| **Date:** | October 05, 2021 |

|  |  |
|---|---|
| **Copyright Office notes:** | Regarding authorship information: Registration made for the sound recording and musical work as a whole. |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## SR 785-194

**Effective Date of Registration:**
May 31, 2016

## Title _____

| | |
|---|---|
| **Title of Work:** | House Of The Rising Sun |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | December 05, 2013 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Robert Jacob Marderosian |
| **Author Created:** | sound recording |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

| | |
|---|---|
| • **Author:** | Aron Michael Marderosian |
| **Author Created:** | sound recording |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Robert Jacob Marderosian<br>P.O. Box 6470, Malibu, CA, 90264, United States |

| | |
|---|---|
| **Copyright Claimant:** | Aron Michael Marderosian<br>P.O. Box 6470, Malibu, CA, 90264, United States |

## Limitation of copyright claim _____

| | |
|---|---|
| **Material excluded from this claim:** | sound recording |
| **New material included in claim:** | sound recording |

## Rights and Permissions _____

|  | |
|---|---|
| **Name:** | Robert Jacob Marderosian |
| **Email:** | heavyyoungheathens@gmail.com |
| **Telephone:** | (310)457-0133 |
| **Address:** | P.O. Box 6470 |
| | Malibu, CA 90264 United States |

## Certification

| | |
|---|---|
| **Name:** | Robert Jacob Marderosian |
| **Date**: | May 31, 2016 |



EXHIBIT B

igureskatingfanzone.com

# #BEIJING2022

Quick Links    Competition Schedule    How to Watch    Team USA    Videos    News    Photo Gallery    More ⌄

Continue to Fan Zone ›

# 2022 U.S. OLYMPIC FIGURE SKATING TEAM
## Get to know the athletes representing the red, white and blue in Beijing!



MARIAH
BELL



JASON
BROWN



ASHLEY CAIN-GRIBBLE
AND TIMOTHY LEDUC



KAREN
CHEN



NATHAN
CHEN



MADISON CHOCK AND
EVAN BATES



KAITLIN HAWAYEK AND
JEAN-LUC BAKER



MADISON HUBBELL
AND ZACHARY
DONOHUE



ALEXA KNIERIM AND
BRANDON FRAZIER



ALYSA
LIU



VINCENT
ZHOU



https://twitter.com/USFigureSkating/status/1489668244445097984?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Etweet



Explore

Settings

← **Tweet**

 **U.S. Figure Skating** 
@USFigureSkating

Miss last night's team event primetime coverage? Wa
to watch it again?

USA Network is showing the replay from 2-8 p.m. ET 



10:32 AM · Feb 4, 2022 · Twitter Web App

**1** Retweet   **48** Likes

         



https://twitter.com/NBCOlympics/status/...



← **Tweet**

⟲ **U.S. Figure Skating Retweeted**



**NBC Olympics** ✔
@NBCOlympics

In their Olympic debut as a pair, @alexa_knierin
@Brandon_F1992 put on a SHOW. 🎬

@TeamUSA x #WinterOlympics



▶ 56.7K views                     0:00 / 0:36  cc

10:13 PM · Feb 3, 2022 · Wildmoka

**69** Retweets    **17** Quote Tweets    **585** Likes

💬            ⟲            ♡

  


**Welcome Back, heavyyoungheathens**

Guide to getting started

Export Detections

| | | Duration | Date/Time ▾ | Channel | Show | Episode | Usage ▾ expanded edit | File Path |
|---|---|---|---|---|---|---|---|---|
| ✎ | ▶ | 1:34 | 02/04/22 04:05:25 PM | USA | 2022 Winter Olympics | Figure Skating | ---: No description | HYH House Of The Rising Sun.mp3 |
| ✎ | ▶ | 1:37 | 02/04/22 09:35:11 AM | NBC | NBC Preview Show-Winter Olympics | | ---: No description | HYH House Of The Rising Sun.mp3 |
| ✎ | ▶ | 0:13 | 02/04/22 09:34:43 AM | NBC | NBC Preview Show-Winter Olympics | | ---: No description | HYH House Of The Rising Sun.mp3 |
| ✎ | ▶ | 0:11 | 02/04/22 09:34:17 AM | NBC | NBC Preview Show-Winter Olympics | | ---: No description | HYH House Of The Rising Sun.mp3 |
| ✎ | ▶ | 1:32 | 02/04/22 07:31:29 AM | Eurosport (UK) | Winter Olympic Figure Skating | Team Short Programme | ---: No description | HYH House Of The Rising Sun.mp3 |
| ✎ | ▶ | 1:00 | 02/04/22 07:30:17 AM | Eurosport (UK) | Winter Olympic Figure Skating | Team Short Programme | ---: No description | HYH House Of The Rising Sun.mp3 |
| ✎ | ▶ | 2:50 | 02/04/22 01:17:21 AM | YLE TV2 | Pekingin olympiakisat | | ---: No description | HYH House Of The Rising Sun.mp3 |
| ✎ | ▶ | 1:38 | 02/03/22 10:03:57 PM | NBC | 2022 Winter Olympics | Figure Skating | ---: No description | HYH House Of The Rising Sun.mp3 |
| ✎ | ▶ | 0:30 | 02/03/22 10:02:46 PM | NBC | 2022 Winter Olympics | Figure Skating | ---: No description | HYH House Of The Rising Sun.mp3 |
| ✎ | ▶ | 2:37 | 02/03/22 10:02:34 PM | DR1 | Beijing 2022: Kunstskøjteløb, direkte | | ---: No description | HYH House Of The Rising Sun.mp3 |
| ✎ | ▶ | 2:50 | 02/03/22 10:02:18 PM | Eurosport (FR) | Jeux Olympiques d'hiver de Pékin 2022 | Patinage artistique : Programme court par équipe | ---: No description | HYH House Of The Rising Sun.mp3 |
| ✎ | ▶ | 2:44 | 02/03/22 10:02:14 PM | Eurosport (UK) | Live: Winter Olympic Figure Skating | Team Event: Men's Short Programme | ---: No description | HYH House Of The Rising Sun.mp3 |

Time Zone  Customize Columns/View  Search Detections