1  Michael G. Marderosian (SBN 77296)
    *mick@mcc-legal.com*
2  Heather S. Cohen (SBN 263093)
    *heather@mcc-legal.com*
3  MARDEROSIAN & COHEN
   1430 Truxtun Ave., Suite 720
4  Bakersfield, CA 93301
   Telephone: (559) 441-7991
5  Facsimile: (559) 441-8170

6  Attorneys for: Plaintiffs TWELVE SIXTY LLC, ROBERT J.
               MARDEROSIAN and ARON M. MARDEROSIAN
7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DISTRICT

10
    TWELVE SIXTY LLC,              )  Case No. 8:22-CV-00255 CJC (DFMx)
11  ROBERT J. MARDEROSIAN,         )
    ARON M. MARDEROSIAN,           )  **NOTICE OF SETTLEMENT**
12                                 )
              Plaintiffs,          )
13                                 )
          v.                       )
14                                 )
    COMCAST CORPORATION;           )
15  NBC UNIVERSAL MEDIA LLC;       )
    PEACOCK; USA NETWORK,          )
16  ALEXA KNIERIM, BRANDON         )
    FRAZIER, U.S. FIGURE           )
17  SKATING, and DOES 1-10,        )
    inclusive,                     )
18                                 )
              Defendants.          )
19  _____)

20        PLEASE TAKE NOTICE THAT all Parties hereto have reached a settlement of

21
    the above-captioned case.  The settlement is expected to completed by August 20,
22

23  2022, and shortly thereafter, the Plaintiffs will file a Stipulation of Dismissal

24
    dismissing the entire action, with prejudice.
25

26

27

28

MARDEROSIAN & COHEN

1

Dated:  July 21, 2022

MARDEROSIAN & COHEN

2

3

4

5

By:

6

Michael G. Marderosian

Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARDEROSIAN & COHEN

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 7797 N. First Street, Suite 101-5, Fresno, CA 93720.

On July 21, 2022, I served the attached document on the interested parties in said action, as listed in the attached Service List.

☐ Via U.S. Mail: I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. The practice is to deposit correspondence with the United States Postal Service the same day it is placed for mailing in the ordinary course of business. I placed the envelope(s), with postage prepaid, for collection and processing for mailing following said practice. (C.C.P. § 1013, *et seq.*)

☐ Via Hand Delivery: I caused the document(s) listed above to be served via hand delivery to the address(es) listed above. (C.C.P. § 1013, *et seq.*)

☐ Via Overnight Courier: I caused the document(s) listed above to be served by overnight courier to the address(es) listed above. (C.C.P. § 1013, *et seq.*)

☐ Via Facsimile: I served the document(s) listed above via facsimile transmission to the number(s) listed above. (C.C.P. § 1013, *et seq.*)

☒ Via Email: I served the document(s) listed above via electronic transmission to the email address(es) listed above.

☐ State: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

MARDEROSIAN & COHEN

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

☒   Federal:          I declare that I am employed in the office of a member of
the bar of this court at whose direction service was made.

Executed on July 21, 2022, at Fresno, California.

_____

Kate Freitas

**SERVICE LIST**

| ATTORNEY | PARTY |
|---|---|
| David Grossman, Esq.<br>LOEB & LOEB LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, CA 90067<br>Phone:  (310) 282-2077<br>Email:  dgrossman@loeb.com;<br>vmanssourian@loeb.com | Defendants COMCAST CORPORATION; NBC UNIVERSAL MEDIA LLC; PEACOCK; USA NETWORK |
| Sean D. Flaherty, Esq.<br>Hannah E. Brown, Esq.<br>GORDON REES SCULLY MANSUKHANI<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Phone (Direct):  (619) 230-7473<br>Email:  sflaherty@grsm.com;<br>hbrown@grsm.com | Defendants U.S. FIGURE SKATING, ALEXA KNIERIM & BRANDON FRAZIER |

MARDEROSIAN & COHEN